**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6409**

BRANDON JEROD SMITH,

             Plaintiff - Appellant,

        v.

L.  B.  CHILCOTE,  Registered  Nurse;  C.  WEBB,  Licensed
Practical  Nurse;  NURSE  EDWARDS,  Registered  Nurse;  NURSE
JOHNSON,  Registered  Nurse;  DOCTOR  ULEP,  Medical  Doctor;  L.
RAY, Medical Administrator,

             Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Alexandria.    Claude  M.  Hilton,  Senior
District Judge. (1:13-cv-01173-CMH-TRJ)

Submitted:  July 29, 2014          Decided:  August 1, 2014

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon Jerod Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Jerod Smith appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Chilcote, No. 1:13-cv-01173-CMH-TRJ (E.D. Va. Feb. 12, 2014). We deny Smith's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED